```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

MARK SHANE HAWLEY,            )
                              )
    Plaintiff,                )        Civil No.
                              )        20-cv-437-JMH
v.                            )
                              )
ZACK WILLIS, ET AL.,          )        **JUDGMENT**
                              )
    Defendants.               )
                              )

                \*\*\*   \*\*\*   \*\*\*   \*\*\*

    Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

    (1) Mark Shane Hawley's claims against the defendants in their official capacities, as well as any claims against the Madison County Detention Center itself, are **DISMISSED** without prejudice;

    (2) This civil action is **STRICKEN** from the Court's docket; and

    (3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

    This 28th day of October, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge